# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| JEFF LACKIE,<br>individually and on behalf of all other persons similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STINGRAY PRESSURE PUMPING LLC,<br><br>　　　　　Defendant. | Case No.: 2:17-cv-00083-EAS-KAJ<br><br>Chief Judge Edmund A. Sargus, Jr.<br><br>Magistrate Judge Kimberly A. Jolson |

**JOINT MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**

Plaintiff Jeff Lackie ("Plaintiff") and Defendant Stingray Pressure Pumping LLC ("Defendant") jointly move for an order: (1) conditionally certifying this case as a class action under Fed. R. Civ. P. 23(a) and (b)(3) and a collective action under Section 216(b) of the Fair Labor Standards Act, solely for purposes of settlement; (2) conditionally approving Plaintiff as Class Representative; (3) conditionally appointing Shannon Draher of Nilges Draher LLC as Class Counsel; (4) preliminarily approving the proposed settlement set forth in the Settlement Agreement attached as Exhibit A to the Memorandum In Support of the Parties' Motion for Preliminary Approval ("Memorandum"); (5) approving the Notice of Proposed Settlement and Right to Opt Out and the Claim Form and Release Agreement, attached to the Memorandum as Exhibits B and C, respectively; (6) approving the notice and claim procedure set forth in the Settlement Agreement; (7) approving the procedures set forth in the Settlement Agreement for objecting to and opting out of the settlement; and (8) scheduling a final approval or fairness hearing at least 120 days after the date the Court grants preliminary approval of the settlement.

WHEREFORE, the parties respectfully request the foregoing relief and such other relief as the Court deems appropriate.

Respectfully Submitted:

Dated:  March 15, 2017

s/ *Shannon M. Draher*
Shannon M. Draher (0074304)
NILGES DRAHER LLC
7266 Portage Street, N.W., Suite D
Massillon, OH 44646
Telephone: 330.470.4428
sdraher@ohlaborlaw.com

Counsel for Plaintiff


s/ *Aaron T. Brogdon*
Aaron T. Brogdon (0081858) (Trial Attorney)
SQUIRE PATTON BOGGS
2000 Huntington Center
41 South High Street
Columbus, OH 43215
Telephone: 614.365.2725
aaron.brogdon@squirepb.com

Nathan J. Oleson (*pro hac vice*)
Joshua K. Sekoski (*pro hac vice*)
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue, NW
Washington, DC 20036-1564
Telephone: 202.887.4000
noleson@akingump.com
jsekoski@akingump.com

Counsel for Defendant

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of March, 2017 the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Shannon M. Draher*
*Counsel for Plaintiffs*