# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| JEFF LACKIE, individually and on behalf of all other persons similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> STINGRAY PRESSURE PUMPING LLC, <br><br> Defendant. | Case No.: 2:17-cv-00083-EAS-KAJ <br><br> Chief Judge Edmund A. Sargus, Jr. <br><br> Magistrate Judge Kimberly A. Jolson |

## JOINT MOTION FOR FINAL APPROVAL OF SETTLEMENT

Plaintiff Jeff Lackie ("Plaintiff") and Defendant Stingray Pressure Pumping LLC ("Defendant") jointly move for a final order: (1) certifying this case as a class action under Fed. R. Civ. P. 23(a) and (b)(3) and a collective action under Section 216(b) of the Fair Labor Standards Act, solely for purposes of settlement; (2) approving Plaintiff as Class Representative; (3) appointing Shannon Draher of Nilges Draher LLC as Class Counsel; (4) approving the proposed settlement set forth in the Settlement Agreement attached as Exhibit A to the Joint Memorandum of Law in Support of the Parties' Motion for Final Approval of Settlement ("Memorandum"); and (5) dismissing this lawsuit in its entirety and with prejudice as to Plaintiff and all settlement class members.

The Memorandum, declarations from Shannon Draher and Nathan Oleson and exhibits attached thereto, and a proposed order are filed herewith in support of this motion.

WHEREFORE, the parties respectfully request the foregoing relief and such other relief as the Court deems appropriate.

Respectfully Submitted:

Dated: August 3, 2017

s/ *Shannon Draher*
Shannon Draher
NILGES DRAHER LLC
7266 Portage Street, N.W., Suite D
Massillon, OH 44646

Counsel for Plaintiff and the Settlement Class


s/ *Aaron T. Brogdon*
Aaron T. Brogdon (0081858) (Trial Attorney)
SQUIRE PATTON BOGGS
2000 Huntington Center
41 South High Street
Columbus, OH 43215
Telephone: 614.365.2725
aaron.brogdon@squirepb.com

Nathan J. Oleson (*pro hac vice*)
Joshua K. Sekoski (*pro hac vice*)
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue, NW
Washington, DC 20036-1564
Telephone: 202.887.4000
noleson@akingump.com
jsekoski@akingump.com

Counsel for Defendant

**CERTIFICATE OF SERVICE**

The Parties hereby certify that, upon this 3rd day of August 2017, a true and exact copy of the foregoing *Joint Motion for Final Approval of Settlement* has been filed using the CM/ECF system. Notice of this filing will be sent to all Parties by operation of the Court's electronic filing system. Parties may access this filing the Court's system.

      /s/ Shannon M. Draher
      Shannon M. Draher
      *Counsel for Plaintiff*