AO 450 (Rev. 5/85) Judgment in a Civil Case

# *UNITED STATES DISTRICT COURT*
# *SOUTHERN DISTRICT OF OHIO*

Eastern Division

**JEFF LACKIE, INDIVIDUALLY
AND ON BEHALF OF ALL OTHER
PERSONS SIMILARLY SITUATED,**

    **Plaintiff,**

                              **JUDGMENT IN A CIVIL CASE**

**v.**

**STINGRAY PRESSURE**         **CASE NO. 2:17-cv-83**
**PUMPING LLC,**               **CHIEF JUDGE EDMUND A. SARGUS, JR.**
                                    **MAGISTRATE JUDGE CHELSEY VASCURA**

    **Defendant.**

_____   **Jury Verdict.**   This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 X    **Decision by Court.**   A decision has been rendered by the Court without a hearing or trial.

    **Pursuant to the Final Approval Order, filed August 11, 2017, JUDGMENT is hereby entered DISMISSING this action.**

Date:   August 14, 2017                     RICHARD W. NAGEL, CLERK

                                        */S/ Melissa Saddler*
                                        (By) Melissa Saddler
                                        Clerk